UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIABLO MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REPLY! INC.,<br><br>　　　　Defendant. | Case No. 13-cv-05382 NC<br><br>**FURTHER ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. Nos. 1, 21 |

The Court previously ordered Diablo Media, LLC to show cause why the case should not be dismissed for lack of subject matter jurisdiction based on the failure of the complaint to allege the citizenship of Diablo's members. Dkt. No. 19. Diablo filed a response to the order to show cause, stating that Diablo's members are two individuals "residing in the State of Colorado." Dkt. No. 21. While Diablo also asserts that "Diablo and all of its members are citizens of Colorado," it is unclear whether that assertion is solely based on the statement regarding the members' residence. Allegations of residence, however, are insufficient for purposes of establishing jurisdiction under 28 U.S.C. § 1332. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001) (a natural person's citizenship for purposes of diversity jurisdiction is determined by the state of domicile, not the state of residence); *Quinn v. McGraw-Hill Companies, Inc.*, 168 F.3d 331, 334 n.1 (7th Cir. 1999).

//

Furthermore, the statement that the members of Diablo reside in Colorado is not accompanied by a declaration or affidavit as required by the Local Rules. *See* Civ. L.R. 7-2(d) ("Each motion must be accompanied by affidavits or declarations pursuant to Civil L.R. 7-5."); Civ. L.R. 7-5(a) ("Factual contentions made in support of or in opposition to any motion must be supported by an affidavit or declaration and by appropriate references to the record.").

Accordingly, by February 28, 2014, Diablo must file a further response to the order to show cause, correcting the deficiencies identified in this order.

IT IS SO ORDERED.

Date: February 20, 2014

Nathanael M. Cousins
United States Magistrate Judge