1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION
10
11   DIABLO MEDIA, LLC,                    Case No. 13-cv-05382 NC
12                    Plaintiff,            **ORDER FINDING ORDER TO**
                                           **SHOW CAUSE SATISFIED**
13         v.
                                           Re: Dkt. Nos. 19, 22
14   REPLY! INC.,
15                    Defendant.
16

17        The Court previously ordered Diablo Media, LLC to show cause why the case should

18   not be dismissed for lack of subject matter jurisdiction based on the failure of the complaint

19   to allege the citizenship of Diablo's members.  Dkt. Nos. 19, 22.  After considering

20   Diablo's responses, Dkt. Nos. 21, 23, the Court hereby finds that the order to show cause is

21   satisfied.

22        IT IS SO ORDERED.

23        Date: March 4, 2014

24                                          _____
                                            Nathanael M. Cousins
                                            United States Magistrate Judge
25
26
27
28