Kavon Adli (State Bar No. 203040)
kavon@tilg.us
Seth W. Wiener (State Bar No. 203747)
seth@tilg.us
THE INTERNET LAW GROUP
9107 Wilshire Boulevard, Suite 450
Beverly Hills, California 90210
Telephone: (310) 910-1496
Facsimile: (310) 356-3257

Attorneys for Defendant and Counter-Claimant
Reply! Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIABLO MEDIA, LLC, a Colorado Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>REPLY! INC., a Delaware corporation,<br><br>    Defendant.<br>REPLY! INC., a Delaware corporation,<br><br>    Counter-Claimant,<br><br>v.<br><br>DIABLO MEDIA, LLC, a Colorado Limited Liability Company<br><br>    Counter-Defendant. | CASE NO.: 3:13-cv-5382-NC<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Plaintiff and Counter-Defendant Diablo Media, LLC and Defendant and Counter-Claimant Reply! Inc. entered into a Settlement Agreement and Mutual General and Specific Release, effective November 17, 2014, that provides for the parties to file a Stipulation of Dismissal of All Claims and Counter-Claims With Prejudice in this action, on or before December 22, 2014. Based thereon, the parties request that the Court vacate all scheduled dates in this action.

-1-

| | | |
|---|---|---|
| Dated: November 19, 2014 | | KRONENBERGER ROSENFELD, LLP |
| | | /S/ |
| | | _____ |
| | | Virginia Sanderson |
| | | Counsel for Plaintiff/Counter-Defendant |
| | | Diablo Media, LLC |

Dated: November 19, 2014        THE INTERNET LAW GROUP

*/s/ Seth Wiener*

_____
Seth W. Wiener
Attorneys for Defendant and Counter-Claimant
REPLY! INC.

Kavon Adli (State Bar No. 203040)
kavon@tilg.us
Seth W. Wiener (State Bar No. 203747)
seth@tilg.us
THE INTERNET LAW GROUP
9107 Wilshire Boulevard, Suite 450
Beverly Hills, California 90210
Telephone: (310) 910-1496
Facsimile: (310) 356-3257

Attorneys for Defendant and Counter-Claimant
Reply! Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIABLO MEDIA, LLC, a Colorado Limited Liability Company,<br><br>      Plaintiff,<br><br>  v.<br><br>REPLY! INC., a Delaware corporation,<br><br>      Defendant.<br>REPLY! INC., a Delaware corporation,<br><br>      Counter-Claimant,<br><br>  v.<br><br>DIABLO MEDIA, LLC, a Colorado Limited Liability Company<br><br>      Counter-Defendant. | CASE NO.: 3:13-cv-5382-NC<br><br>**PROOF OF SERVICE** |

I, Seth W. Wiener, declare:

I am employed in Contra Costa County, California. I am over eighteen years of age and not a party to this action. My business address is 609 Karina Court, San Ramon, CA 94582. On November 19, 2014, I served a true and correct copy of the following document(s):

**NOTICE OF SETTLEMENT**

on the following parties:

    Karl S. Kronenberger, Jeffrey M. Rosenfeld, Virginia A. Sanderson
    Kronenberger Rosenfeld, LLC, 150 Post Street, Suite 520, San Francisco, CA 94108

X ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and served was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Proof of Service was executed on November 19, 2014, at San Ramon, California.

*[signature]*

_____
Seth W. Wiener