1  **KRONENBERGER ROSENFELD, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   Jeffrey M. Rosenfeld (Bar No. 222187)
3  Virginia Sanderson (Bar No. 240241)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone:  (415) 955-1155
5  Facsimile:  (415) 955-1158
6  karl@KRInternetLaw.com
   jeff@KRInternetLaw.com
7  ginny@KRInternetLaw.com

8  Attorneys for Plaintiff
   Diablo Media, LLC



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DIABLO MEDIA, LLC**, a Colorado limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>**REPLY! INC.,** a Delaware corporation,<br><br>    Defendant. | Case No. 3:13-cv-05382-NC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); [~~PROPOSED~~] ORDER** |

Case No. 3:13-cv-05382-NC                        **DIABLO MEDIA'S RESPONSES TO REPLY!'S FIRST SET OF SPECIAL ROGS**

1   Plaintiff and Counter-Defendant Diablo Media, LLC and Defendant and Counter-Claimant Reply! Inc. (Collectively, "The Parties"), by and through their respective counsels of record, hereby stipulate as follows:

1) The above-captioned action, including all claims and counter-claims, be hereby dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

2) Each party shall bear its own costs, expenses, and attorneys' fees related to this action.

**IT IS SO STIPULATED,** THROUGH COUNSEL OF RECORD:

DATED: December 15, 2014    KRONENBERGER ROSENFELD, LLP

By: _____
  Virginia Sanderson

Attorneys for Plaintiff Diablo Media, LLC.

DATED: December 15, 2014    THE INTERNET LAW GROUP

By: _____
  Seth W. Wiener

Attorneys for Defendant REPLY! INC.

**IT IS SO ORDERED:**

DATED: December 15, 2014    _____
         UNITED STATES DISTRICT JUDGE



GRANTED
Judge Nathanael M. Cousins

Case No. 3:13-cv-05382-NC          1          STIPULATION FOR DISMISSAL WITH PREJUDICE